UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00239-RJC-DCK

| KATRICE R. WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BRINKER INTERNATIONAL, INC., d/b/a Chili's Bar & Grill, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff Katrice R. Williams ("Plaintiff") filed a Title VII employment discrimination action on May 20, 2021 against Defendant Brinker International, Inc. [Doc. 1]. On June 9, 2021, the Court conducted its initial review of Plaintiff's Complaint finding that Plaintiff failed to state a claim upon which relief may be granted. [Doc. 3]. The Court allowed Plaintiff 30 days to amend her Complaint to correct the deficiencies as identified by the Court. [Id. at 3]. The Court advised Plaintiff that the Complaint would be dismissed without further notice and without prejudice should Plaintiff fail to timely amend. [Id.]. Plaintiff has not timely amended her Complaint. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**. The Clerk is instructed to terminate this proceeding.

Signed: July 29, 2021

Robert J. Conrad, Jr.
United States District Judge