**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:21-cv-00239-RJC-DCK**

| | |
|---|---|
| **KATRICE R. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )     **ORDER** |
| | ) |
| **BRINKER INTERNATIONAL, INC.,** | ) |
| **d/b/a Chili's Bar & Grill,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on Plaintiff's motion to re-open her case. [Doc. 6].

Pro se Plaintiff Katrice R. Williams ("Plaintiff") filed a Title VII employment discrimination action on May 20, 2021 against Defendant Brinker International, Inc. [Doc. 1]. On June 9, 2021, the Court conducted its initial review of Plaintiff's Complaint finding that Plaintiff failed to state a claim upon which relief may be granted. [Doc. 3]. The Court allowed Plaintiff 30 days to amend her Complaint to correct the deficiencies as identified by the Court. [Id. at 3]. The Court advised Plaintiff that the Complaint would be dismissed without further notice and without prejudice should Plaintiff fail to timely amend.[1] [Id.]. Plaintiff did not timely amend her Complaint and the Court dismissed this action without prejudice. [Doc. 4].

Plaintiff now moves to re-open her case. [Doc. 6]. As grounds, Plaintiff states she never received the Court's June 9, 2021 Order directing her to amend her Complaint within 30 days. [Id.]. Plaintiff states that she requested that her mail be held at the U.S. Post Office during the month of July, but that she still should have received the Court's Order. Plaintiff also provides the

_____

[1] This Order was mailed to Plaintiff at 19130 Chandlers Landing, Drive 103, Cornelius, North Carolina 28031. [7/29/2021 Docket Entry]. It was not returned undelivered.

Court with her new address, which has been noted in the docket in this matter. Thus, it appears that Plaintiff moved sometime after filing this action and failed to update her address with the Court, as required.

For the sake of economy only, the Court will allow Plaintiff's motion to re-open her case. Plaintiff, however, must amend her Complaint as provided in Docket No. 3 within 14 days of this Order. Should Plaintiff fail to file an amended complaint within 14 days of this Order, Plaintiff's Complaint will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's motion to re-open this case [Doc. 6] is **GRANTED**.

2. If Plaintiff fails to amend the complaint within 14 days in accordance with Docket No. 3, this action will be dismissed without prejudice and without further notice to Plaintiff.

3. The Clerk is respectfully instructed to re-open this case and to send Plaintiff a copy of Docket No. 3 for her reference.

Signed: September 2, 2021

Robert J. Conrad, Jr.
United States District Judge